IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| URAC,<br><br>             Plaintiff,<br>v.<br><br>CONFERENCEEDGE, INC. and<br>TREVOR RUSSELL BARLOW,<br><br>             Defendants. | Civil Action No. 1:18-cv-01743-MN<br><br>Jury Trial Demanded |

**JOINT STATUS REPORT**

Plaintiff URAC ("URAC") and Defendants ConferenceEdge, Inc. ("ConferenceEdge") and Trevor Russell Barlow ("Barlow") (collectively, "Defendants") (URAC and Defendants collectively referred to as "Parties") write jointly in response to the Court's Oral Orders of April 1, 2020 [DI # 43] and July 8, 2020 [DI # 44] which stayed this matter for 90 days and ordered the parties to file a further joint status report/letter including a proposal for moving this case forward.

This matter has been stayed since May 28, 2019 in order for the parties to pursue potential settlement and to avoid additional attorneys' fees and expenses.  At this time, Defendants are still unable to provide a concrete settlement offer, despite their desire to do so.

Due to the COVID-19 pandemic and Defendants' continued optimism that ConferenceEdge's financial condition will continue to improve, the Parties believe that the interests of judicial economy would be best served by a continuation of the stay.  Therefore, the Parties request that the Court extend the stay in this matter for another ninety (90) days.

Counsel and the Parties remain at the Court's disposal and await further direction.

| | |
|---|---|
| **CONNOLLY GALLAGHER LLP** | **BERGER HARRIS LLP** |
| By: */s/ Arthur G. Connolly* <br> Arthur G. Connolly, III (DE Bar Id.: 2667) <br> 1201 N. Market Street, 20th Floor <br> Wilmington, DE 19801 <br> (302) 757-7300 <br> aconnolly@connollygallagher.com | By: */s/ Peter C. McGivney* <br> John G. Harris (DE Bar Id.: 4017) <br> Peter C. McGivney (DE Bar Id.: 5779) <br> 1105 N. Market Street, 11th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 655-1140 <br> Facsimile:  (302) 655-1131 <br> jharris@bergerharris.com <br> pmcgivney@bergerharris.com |
| OF COUNSEL: | |
| Nathaniel M. Glasser (admitted pro hac vice) <br> Edward John Steren (admitted pro hac vice) <br> EPSTEIN BECKER & GREEN, P.C. <br> 1227 25th Street, NW, Suite 700 <br> Washington, DC 20037 <br> Tel: (202) 861.0900 <br> Fax: (202) 296.2882 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

Dated:  July 15, 2020
Wilmington, Delaware